**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: February 16, 2010
Time: 2 hours and 3 minutes

**CASE NO.   10-cv-00312-REB**

| Parties | Counsel |
|---|---|
| **KING AUTO GROUP, INC.,** | Robert Miller |
| | Craig Allely |
| Plaintiff (s), | Michael Sink |
| vs. | |
| **CHRYSLER GROUP, LLC,** | Steven Kelso |
| **PRESTIGE CHRYSLER-DODGE, INC.,** | Brendon Reese |
| **COLORADO DEPARTMENT OF** | Jack Trigg |
| **REVENUE MOTOR VEHICLE BOARD,** | Christy Anderson |
| | Dan Williams |
| Defendant (s). | |

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**1:36 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Also present are Yale King, on behalf of the plaintiff and Roger Weibel and Jay Weibel on behalf on defendant Prestige Chrysler-Dodge, Inc.

Page Two
10-cv-00312-REB
February 16, 2010

Court makes opening remarks and discusses how this hearing shall proceed.

Court will address the issue of jurisdiction.

**1:43 p.m.**     Argument by Mr. Williams.  Questions by the Court.

**1:47 p.m.**     Argument by Mr. Kelso.  Questions by the Court.

**ORDERED:**  Court concludes it has jurisdiction to consider the motion for temporary restraining order.

**Plaintiff's Motion for Temporary Restraining Order (Doc #2), filed 2/12/10.**

**1:52 p.m.**     Argument by Mr. Miller.  Questions by the Court.

**2:11 p.m.**     Argument by Mr. Kelso.  Questions by the Court.

**2:34 p.m.**     Argument by Mr. Williams.  Questions by the Court.

**2:55 p.m.**     Rebuttal argument by Mr. Miller.

**3:12 p.m.**     **COURT IN RECESS**

**3:28 p.m.**     **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**  Plaintiff's Motion for Temporary Restraining Order (Doc #2), filed 2/12/10 is **DENIED**.

**3:55 p.m.**     **COURT IN RECESS**

**Total in court time:**        **123 minutes**

**Hearing concluded**